**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER OSSOLA, JOETTA CALLENTINE, and SCOTT DOLEMBA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, AMERICA EXPRESS CENTURION BANK, AND WEST ASSET MANAGEMENT, INC.,<br><br>Defendants. | Case No. 1:13-CV-4836<br><br>**NOTICE OF PRESENTMENT** |

TO: ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE THAT on **March 3, 2015**, at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jeffrey Cole in Courtroom 1003 or the courtroom usually occupied by him in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present **PLAINTIFFS' MOTION TO COMPEL DEFENDANT WEST ASSET MANAGEMENT, INC., TO COMPLY WITH PLAINTIFFS' REQUESTS FOR PRODUCTION**, a true and correct copy of which was filed and served upon you.

Dated: February 24, 2015      By:    */s/ Daniel M. Hutchinson*
                                                  Daniel M. Hutchinson

                                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             Daniel M. Hutchinson (*pro hac vice*)
                                             Email: dhutchinson@lchb.com
                                             275 Battery Street, 29th Floor
                                             San Francisco, CA 94111-3339
                                             Telephone: (415) 956-1000
                                             Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (*pro hac vice*)
Email: jselbin@lchb.com
Douglas I. Cuthbertson (*pro hac vice*)
Email: dcuthbertson@lchb.com
Jeremy M. Glapion
Email: jglapion@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925;
admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: Tsostrin@Keoghlaw.com
Katherine Bowen
Email: KBowen@Keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Phone: 312-265-3258
Fax: 312-726-1093

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on **February 24, 2015,** I electronically filed the foregoing **NOTICE OF PRESENTMENT** and documents referenced herein with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                          */s/ Daniel M. Hutchinson*