## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JENNIFER OSSOLA, JOETTA
CALLENTINE, and SCOTT DOLEMBA, on
behalf of themselves and all others similarly
situated,

               Plaintiffs

     v.

AMERICAN EXPRESS COMPANY,
AMERICA EXPRESS CENTURION BANK,
and WEST ASSET MANAGEMENT, INC.,

           Defendants.

Case No.  1:13-cv-04836

Judge John Z. Lee
Magistrate Judge Jeffrey Cole

### Plaintiffs and American Express'
### Joint Motion to Extend Date for Preliminary Approval Motion

Plaintiffs Jennifer Ossola and Joetta Callentine and the American Express defendants

respectfully request that the Court extend the date within which they may file their motions for

preliminary approval of class settlement, until June 23, 2016. Movants also request that the Court

reset the existing presentment/status date to June 29, 2016.

In support of this motion, movants respectfully state:

1.      This is a Telephone Consumer Protection Act case, which challenges two types of

calls: (a) debt collection calls made by defendant West Asset Management, Inc., and (b)

telemarketing calls made by former defendant Alorica, Inc.

2.      All parties mediated these cases on April 14, 2016, with the Honorable Morton J.

Denlow, which resulted in two class settlements in principle, one for the debt collection class and

a second for the telemarketing class.

1

3.      At the status conference on April 19, 2016, this Court set a deadline of May 31, 2016, as the deadline for filing preliminary approval for both settlements. Docket Entry 344. Plaintiffs and American Express have been working diligently to complete the two settlements. For example, plaintiffs took the Fed.R.Civ.P. 20(b)(6) deposition of Alorica in Plantation, Florida for settlement class confirmation purposes, on May 26, 2016. Plaintiffs have also been working hard to obtain similar confirmatory information from West.

4.      However, despite the parties' efforts, they have not yet completed or executed the formal settlement documents necessary to effectuate their agreement. The parties believe that they will be able to meet their proposed June 24, 3016, deadline, but regret to inform the Court that they cannot meet the current May 31, 2016 deadline. Movants also respectfully request that the existing June 8, 2016, date be continued to June 29, 2016.

5.      Movants file this motion in good faith, and not for purposes of delay or for any improper purpose.

WHEREFORE, Jennifer Ossola and Joetta Callentine and the American Express defendants respectfully request that the Court extend the date within which they may file their motions for preliminary approval of class settlement, until June 23, 2016, and continue the existing status/presentment date to June 29, 2016.


        Respectfully Submitted,

2

Dated: May 27, 2016

By: /s/Alexander H. Burke

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
Facsimile:  (312) 729-5289

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 222-9028
Facsimile:   (888) 418-1277

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (admitted *pro hac vice*)
Email: jselbin@lchb.com
Douglas I. Cuthbertson (admitted *pro hac vice*)
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (admitted *pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

3

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925;
admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: Tsostrin@Keoghlaw.com
Katherine Bowen
Email: KBowen@Keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

*Attorneys for Plaintiffs Ossola and Callentine, and the
Proposed Settlement Classes*

By: /s/Marcos D. Sasso

Daniel K. Ryan (Atty. No.: 6196616)
Richard B. Polony (Atty. No.: 6227043)
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3248
Facsimile: (312) 704-3001
E-mail: dryan@hinshawlaw.com

4

Julia B. Strickland
Lisa M. Simonetti (admitted *pro hac vice*)
Jason S. Yoo (admitted *pro hac vice*)
Arjun P. Rao (admitted *pro hac vice*)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  (310) 556-5800
Facsimile:   (310) 556-5959
E-mail: lacalendar@stroock.com

*Attorneys for Defendant,*
*American Express Company*