IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER OSSOLA, JOETTA CALLENTINE, and SCOTT DOLEMBA, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. 1:13-cv-04836 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN EXPRESS COMPANY, AMERICA EXPRESS CENTURION BANK, and WEST ASSET MANAGEMENT, INC., | ) ) ) ) | Hon. Judge John Z. Lee Hon. Mag. Judge Jeffrey Cole |
| Defendants. | ) | |

**SECOND JOINT MOTION TO EXTEND DATE
FOR PRELIMINARY APPROVAL MOTION**

Plaintiffs Jennifer Ossola and Joetta Callentine and the American Express defendants respectfully request that the Court extend the date within which they may file their motions for preliminary approval of class settlement, until June 30, 2016. Movants also request that the Court reset the existing presentment/status date to July 6, 2016.

In support of this motion, movants respectfully state:

1. This is a Telephone Consumer Protection Act case, which challenges two types of calls: (a) debt collection calls made by defendant West Asset Management, Inc., and (b) telemarketing calls made by former defendant Alorica, Inc.

2. All parties mediated these cases on April 14, 2016, with the Honorable Morton J. Denlow, which resulted in two class settlements in principle, one for the debt collection class and a second for the telemarketing class.

1

3.	At the status conference on April 19, 2016, this Court set a deadline of May 31, 2016, for the filing of a motion for preliminary approval for both settlements. Docket Entry 344. This was subsequently reset, at the parties' request, to a filing deadline of June 23, 2016, to be noticed for presentment on June 29, 2016. Docket Entry 348.

4.	The parties have since completed all confirmatory discovery, and continue to work diligently at completing the materials needed for the preliminary approval filing—including by resolving certain disputed matters at issue during a joint conference call with Judge Denlow held on June 22, 2016. Thus, while the parties had believed that the current deadline would afford sufficient time to reach agreement on any remaining items and prepare the materials necessary for the motion, they regret to inform the Court that they cannot do so in time for filing by June 23, 2016.

5.	As it stands now, the parties are very close to completing and executing the formal settlement documents necessary to effectuate their agreement, and respectfully believe that a short, one-week extension to June 30, 2016, will be sufficient to have such materials finalized for filing. Movants also respectfully request that the existing June 29, 2016 presentment date be continued to July 6, 2016.

6.	Movants file this motion in good faith, and not for purposes of delay or for any improper purpose.

WHEREFORE, Jennifer Ossola and Joetta Callentine and the American Express defendants respectfully request that the Court extend the date within which they may file their motions for preliminary approval of class settlement, until June 30, 2016, and continue the existing status/presentment date to July 6, 2016.

Respectfully submitted,

Dated:  June 23, 2016            By:  /s/ Daniel J. Marovitch

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
Daniel J. Marovitch
Email: DMarovitch@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
Facsimile:   (312) 729-5289

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 222-9028
Facsimile:   (888) 418-1277

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (admitted *pro hac vice*)
Email: jselbin@lchb.com
Douglas I. Cuthbertson (admitted *pro hac vice*)
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (admitted *pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: Tsostrin@Keoghlaw.com
Katherine Bowen
Email: KBowen@Keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

*Attorneys for Plaintiffs Ossola and Callentine, and the Proposed Settlement Classes*


By:  /s/ Stephen J. Newman

Daniel K. Ryan (Atty. No.: 6196616)
E-mail: dryan@hinshawlaw.com
Richard B. Polony (Atty. No.: 6227043)
E-mail: rpolony@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3248
Facsimile: (312) 704-3001

Stephen J. Newman
Marcos D. Sasso (admitted *pro hac vice*)
Julia B. Strickland
Arjun P. Rao (admitted *pro hac vice*)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  (310) 556-5800
Facsimile:   (310) 556-5959
E-mail: lacalendar@stroock.com

*Attorneys for Defendants American Express Company and American Express Centurion Bank*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ Daniel J. Marovitch