IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER OSSOLA, JOETTA CALLENTINE, and SCOTT DOLEMBA, on behalf of themselves and all others similarly situated, ) ) ) ) | Case No. 1:13-cv-04836 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS CENTURION BANK, and WEST ASSET MANAGEMENT, INC., ) ) ) ) | Hon. Judge John Z. Lee Hon. Mag. Judge Jeffrey Cole |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARD WITH RESPECT TO TELEMARKETING SETTLEMENT IN EXCESS OF FIFTEEN PAGES**

Plaintiff Joetta Callentine respectfully moves the Court for leave to file Plaintiff's Motion for and Memorandum in Support of Attorneys' Fees, Costs, and Service Award with Respect to Telemarketing Settlement in excess of the fifteen-page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. Specifically, Plaintiff requests leave to file a motion of no more than 22 pages, and in support states as follows:

1. On July 6, 2016, the Court granted preliminary approval to the class action settlement entered into between Plaintiff Callentine and Defendants American Express Company and American Express Centurion Bank (collectively, "American Express"), as to autodialed or prerecorded voice telemarketing calls allegedly made on behalf of American Express by its vendor Alorica, Inc. to the cell phones of Plaintiff and others in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. This Order set a deadline for Plaintiff to

1

file a motion for attorneys' fees, costs, and any service award of September 5, 2016. Dkt. No. 357 at 13.

2. L.R. 7.1 limits the number of pages to a brief to 15 pages without prior approval of the Court, and Plaintiff respectfully requests leave to exceed this page limit in relation to her motion for attorneys' fees, costs, and a service award. An enlargement of this page limitation is necessary to allow Plaintiff to fully describe the legal and factual basis supporting her motion, given the extended history of this case and the numerous factors relevant to fee and service award analysis in class action settlements in this Circuit.

3. The motion will comport with Local Rule 7.1's requirement that briefs in excess of fifteen pages include a table of contents and table of authorities.

WHEREFORE, Plaintiff Callentine respectfully requests that the Court grant her leave to file Plaintiff's Motion for and Memorandum in Support of Attorneys' Fees, Costs, and Service Award with Respect to Telemarketing Settlement in excess of the fifteen-page limit imposed under Rule 7.1, up to and including 22 pages exclusive of cover sheet, tables, signature page, certificate of service, and exhibits.


Dated: September 2, 2016        Respectfully submitted,

                                JENNIFER OSSOLA, JOETTA CALLENTINE
                                and SCOTT DOLEMBA, on behalf of themselves
                                and all others similarly situated,


                                By:  /s/ Alexander H. Burke

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: aburke@burkelawllc.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: tsostrin@keoghlaw.com
Katherine Bowen
Email: kbowen@keoghlaw.com
Michael S. Hilicki
Email: mhilicki@keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Telephone: (312) 265-3258
Facsimile: (312) 726-1093

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 N. Michigan Ave., Suite 2940
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
Jeremy M. Glapion
Email: jglapion@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
>Daniel M. Hutchinson
>Email: dhutchinson@lchb.com
>275 Battery Street, 29th Floor
>San Francisco, CA 94111-3339
>Telephone: (415) 956-1000
>Facsimile: (415) 956-1008
>
>MEYER WILSON CO., LPA
>Matthew R. Wilson
>Email: mwilson@meyerwilson.com
>1320 Dublin Road, Ste. 100
>Columbus, OH 43215
>Telephone: (614) 224-6000
>Facsimile: (614) 224-6066
>
>*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 2, 2016, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  /s/ Alexander H. Burke