**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER OSSOLA, JOETTA CALLENTINE, and SCOTT DOLEMBA, on behalf of themselves and all others similarly situated, ) ) ) ) | Case No. 1:13-cv-04836 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS CENTURION BANK, and WEST ASSET MANAGEMENT, INC., ) ) ) ) | Hon. Judge John Z. Lee Hon. Mag. Judge Jeffrey Cole |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR ATTORNEYS' FEES,
COSTS AND SERVICE AWARD WITH RESPECT TO
<u>DEBT COLLECTION SETTLEMENT IN EXCESS OF FIFTEEN PAGES</u>**

Plaintiffs Jennifer Ossola and Scott Dolemba respectfully move the Court for leave to file Plaintiffs' Motion for and Memorandum in Support of Attorneys' Fees, Costs and Service Award with Respect to Debt Collection Settlement in excess of the fifteen-page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. Specifically, Plaintiffs request leave to file a motion of no more than 21 pages, and in support state as follows:

1.      On July 6, 2016, the Court granted preliminary approval to the class action settlement entered into between Plaintiffs Ossola and Dolemba and Defendants American Express Company and American Express Centurion Bank (collectively, "American Express") and West Asset Management, Inc. ("West"), as to autodialed or prerecorded voice debt collection calls allegedly made by West on behalf of American Express to the cell phones of Plaintiff and others in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C.

1

§ 227. This Order set a deadline for Plaintiffs to file a motion for attorneys' fees, costs, and any service award of September 5, 2016. Dkt. No. 358 at 13.

2. L.R. 7.1 limits the number of pages to a brief to 15 pages without prior approval of the Court, and Plaintiffs respectfully request leave to exceed this page limit in relation to their motion for attorneys' fees, costs, and a service award. An enlargement of this page limitation is necessary to allow Plaintiffs to fully describe the legal and factual basis supporting their motion, given the extended history of this case and the numerous factors relevant to fee and service award analysis in class action settlements in this Circuit.

3. The motion will comport with Local Rule 7.1's requirement that briefs in excess of fifteen pages include a table of contents and table of authorities.

WHEREFORE, Plaintiffs Ossola and Dolemba respectfully request that the Court grant them leave to file Plaintiffs' Motion for and Memorandum in Support of Attorneys' Fees, Costs and Service Award with Respect to Debt Collection Settlement in excess of the fifteen-page limit imposed under Rule 7.1, up to and including 21 pages exclusive of cover sheet, tables, signature page, certificate of service, and exhibits.

Dated: September 2, 2016          Respectfully submitted,

                                  JENNIFER OSSOLA, JOETTA CALLENTINE
                                  and SCOTT DOLEMBA, on behalf of themselves
                                  and all others similarly situated,

                                  By: /s/ Alexander H. Burke
                                      BURKE LAW OFFICES, LLC
                                      Alexander H. Burke
                                      Email: aburke@burkelawllc.com
                                      155 N. Michigan Avenue, Suite 9020
                                      Chicago, IL  60601
                                      Telephone:  (312) 729-5288
                                      Facsimile:  (312) 729-5289

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: tsostrin@keoghlaw.com
Katherine Bowen
Email: kbowen@keoghlaw.com
Michael S. Hilicki
Email: mhilicki@keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Telephone: (312) 265-3258
Facsimile: (312) 726-1093

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 N. Michigan Ave., Suite 2940
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
Jeremy M. Glapion
Email: jglapion@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

        MEYER WILSON CO., LPA
        Matthew R. Wilson
        Email: mwilson@meyerwilson.com
        1320 Dublin Road, Ste. 100
        Columbus, OH  43215
        Telephone:  (614) 224-6000
        Facsimile:  (614) 224-6066

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2016, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

          */s/ Alexander H. Burke*