IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER OSSOLA, JOETTA CALLENTINE and SCOTT DOLEMBA, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. 1:13-cv-04836 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS CENTURION BANK, AND WEST ASSET MANAGEMENT, INC. | ) ) ) ) | Hon. Judge John Z. Lee Hon. Mag. Judge Jeffrey Cole |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS IN EXCESS OF FIFTEEN PAGES**

Plaintiffs respectfully move the Court for leave to file their Motions for and Memorandums in Support of Final Approval with Respect to the Telemarketing Settlement and Debt Collection Settlement in excess of the fifteen-page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. Specifically, Plaintiffs requests leave to file a motion of no more than 19 pages with Respect to the Telemarketing Settlement, and a motion of no more than 20 pages with Respect to the Debt Collection Settlement, and in support states as follows:

1. On July 6, 2016, the Court granted preliminary approval to the class action settlement entered into between Plaintiffs Ossola and Dolemba and Defendants American Express Company and American Express Centurion Bank (collectively, "American Express") and West Asset Management, Inc. ("West"), as to autodialed or prerecorded voice debt

collection calls allegedly made by West on behalf of American Express to the cell phones of Plaintiff and others in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. This Order set a deadline for Plaintiffs to file a motion for final approval of November 16, 2016. Dkt. No. 358 at 26.

2. On July 6, 2016, the Court granted preliminary approval to the class action settlement entered into between Plaintiff Callentine and Defendants American Express Company and American Express Centurion Bank (collectively, "American Express"), as to autodialed or prerecorded voice telemarketing calls allegedly made on behalf of American Express by its vendor Alorica, Inc. to the cell phones of Plaintiff and others in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. This Order set a deadline for Plaintiff to file a motion for final approval of November 16, 2016. Dkt. No. 357 at 26.

3. L.R. 7.1 limits the number of pages to a brief to 15 pages without prior approval of the Court, and Plaintiffs respectfully request leave to exceed this page limit in relation to their motions for final approval. An enlargement of this page limitation is necessary to allow Plaintiffs to fully describe the legal and factual basis supporting their motions, given the extended history of this case and the numerous factors relevant to final approval analysis in class action settlements in this Circuit.

4. These motions will comport with Local Rule 7.1's requirement that briefs in excess of fifteen pages include a table of contents and a table of authorities.

5. Defendants' Counsel do not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave for to file Plaintiffs Ossola and Dolemba's Motion for Final Approval of Class Action Settlement and Plaintiff Callentine's Motion for Final Approval of Class Action Settlement in excess of the

fifteen page limit imposed under Rule 7.1, up to and including 20 pages exclusive of cover sheet, tables, signature page, certificate of service and exhibits.

Dated: November 16, 2016

Respectfully Submitted,

By:  *s/ Keith J. Keogh*

KEOGH LAW, LTD.

KEOGH LAW, LTD.
Keith Keogh
Email: keith@keoghlaw.com
Timothy Sostrin
Email: Tsostrin@Keoghlaw.com
Michael S. Hilicki
Email: MHilicki@Keoghlaw.com
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
Phone: 312-265-3258
Fax: 312-726-1093

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

SMITHMARCO P.C.,
Larry P. Smith
Email: lsmith@smithmarco.com
David M. Marco
Email: dmarco@smithmarco.com
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
(312) 222-9028
(888) 418-1277(fax)

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (*pro hac vice*; admitted to the N.D. Ill. general bar)
Email: jselbin@lchb.com
Douglas I. Cuthbertson (*pro hac vice*; admitted to the N.D. Ill. general bar)
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (*pro hac vice*; admitted to the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Proposed Class*