**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Jennifer Ossola, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:13–cv–04836
                                                            Honorable John Z. Lee

American Express Company, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

        MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for attorneys'
fees, costs and service award with respect to telemarketing settlement [362] and motion
with respect to debt collection settlement [365] is granted. Plaintiff Calletine's motion for
final approval of class action settlement and memorandum in support [368] granted.
Plaintiff's Ossola and Dolemba's motion for final approval of class action settlement and
memorandum in support [369] is granted. Enter orders. Counsel should submit a revised
order to the proposed order mailbox and contact the courtroom deputy when they have
done so. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.